IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BRAD W. JOHNSON <br><br> Plaintiff <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC <br><br> And <br><br> DISCOVER FINANCIAL SERVICES <br><br> Defendants | Civil Action No. 4:16-cv-551 |

## ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE AGAINST EQUIFAX INFORMATION SERVICES

CAME ON THIS DAY FOR CONSIDERATION, the Court considered the Stipulation to Dismiss, and after considering the same, the Court finds that the Stipulation to Dismiss should be GRANTED. Therefore, it is hereby:

IT IS THEREFORE ORDERED that all claims asserted or which could have been asserted in this matter by Plaintiff against Defendant are hereby dismissed with prejudice to the right of Plaintiff to refile the same. It is:

IT IS FURTHER ORDERED that all costs of court and attorneys' fees are to be taxed against the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.
**SIGNED this 15th day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE